IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:21-cr-286-AJT-1 |
| WILLIAM F. SNOW, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Pending before the Court is Defendant's Motion to Delay Self-Surrender For 1 Week, [Doc. No. 78]. For good cause shown, it is hereby

**ORDERED** that the Motion, [Doc. No. 78], be, and hereby is, GRANTED and Defendant's surrender to Butner Satellite Camp be delayed until April 20, 2023 at no later than noon.

No further delays will be granted. The Clerk is directed to forward a copy of this Order to all counsel of record, the U.S. Probation Office, and the Bureau of Prisons.

Alexandria, Virginia
April 7, 2023

Anthony J. Trenga
Senior U.S. District Judge