IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| v.  ) | |
| ) | Case No. 1:21-cr-286-AJT-1 |
| WILLIAM F. SNOW,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

**ORDER**

On May 24, 2023, the Court received a letter from Defendant, which the Court docketed and construes as a *pro se* Motion for Compassionate Release (the "Motion") [Doc. No. 82] made pursuant to 18 U.S.C. § 3582(c)(1)(A).[1] The Motion is facially insufficient as it fails to allege that the Defendant fully exhausted his administrative remedies, as required. More specifically, there is no contention that Defendant has requested the warden make a motion on his behalf, and thus the required thirty (30) days could not have elapsed from any yet-to-be-made request.[2] Accordingly, it is hereby

**ORDERED** that the Motion, [Doc. No. 82], be, and hereby is, DENIED WITHOUT PREJUDICE.

---

[1] The Court also received a phone call on Defendant's behalf urging the Court to permit Defendant to visit his ill daughter. The Court informed the caller that a motion would need to be filed on the docket. If and when that motion is filed, the Court will address it.

[2] In deference to Defendant's *pro se* status, the relevant language contained in 18 U.S.C. § 3582(c)(1)(A) is as follows:
  [T]he court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that . . . extraordinary and compelling reasons warrant such a reduction.

      The Clerk is directed to forward a copy of this Order to all counsel of record and *pro se* Defendant at Butner Medium I FCI.

Alexandria, Virginia  
May 30, 2023

_____  
Anthony J. Trenga  
Senior U.S. District Judge